**00–903.   Mannion v. Sandel.**
Summit App. No. 19433.
 MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., dissent.

**00–906.   In re Anderson.**
Clark App. Nos. 99CA90 and 99CA91.
 F.E. SWEENEY and PFEIFER, JJ., dissent.

**00–917.   Witten v. Richmond Hts.**
Cuyahoga App. No. 77728. *Sua sponte*, cause held for the decision in 00–472 and 00–481, *Johnson v. Greene Cty. Drug Task Force*, Greene App. No. 99CA61; briefing schedule stayed.

**00–941.   In re Howard.**
Greene App. No. 98CA132.
 COOK, J., concurs and would also have this cause argued on the same date as 00–906, *In re Anderson*, Clark App. Nos. 99CA90 and 99CA91.
 F.E. SWEENEY and PFEIFER, JJ., dissent.

**00–942.   State v. Muncie.**
Clermont App. No. CA99–07–076. The discretionary appeal is allowed on Proposition of Law No. I.
 MOYER, C.J., PFEIFER and LUNDBERG STRATTON, JJ., would also allow all propositions of law.
 DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

**00–961.   Hoelscher v. Hoelscher.**
Fairfield App. No. 99CA50.
 MOYER, C.J., F.E. SWEENEY and PFEIFER, JJ., dissent.

**00–1030.   Ohio Hosp. Assn. v. Armstrong World Industries, Inc.**
Cuyahoga App. No. 76067. Discretionary appeal allowed and motion for admission *pro hac vice* by Mark Wintering for Kenneth B. McClain and Steven E. Crick allowed.
 DOUGLAS, J., dissents.
 RESNICK, J., not participating.

**00–1047.   Erb v. Erb.**
Cuyahoga App. No. 75072.
 F.E. SWEENEY, J., dissents.